IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BOBBY ACKLIN                                                                                          PLAINTIFF

v.                                          No. 4:20-cv-01383-JM

NORTH LITTLE ROCK SCHOOL DISTRICT                                            DEFENDANT

## ORDER

The parties have settled their dispute and jointly move to dismiss this action (Doc. 31). That motion is GRANTED, and the complaint is dismissed with prejudice.

IT IS SO ORDERED this 19th day of July, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE